IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



**FILED**

SEP 1 7 2020

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 6:20CR 72 |
| v. | § | Judge JCB | KNM |
| | § | |
| RODNEY HOLT, | § | **SEALED** |
| a/k/a "TURBO" | § | |
| ERIC HOCHHEIM | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 371
(Conspiracy)

From on or about November 2016, the exact date being unknown, and continuing through March 2017, in the Eastern District of Texas and elsewhere, **Rodney Holt, a.k.a. "Turbo,"** and **Eric Hochheim**, defendants, did knowingly, willfully, and unlawfully conspire, combine, confederate, and agree with each other and others known and unknown to the Grand Jury, to sell a firearm to a convicted felon.

### OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the defendants and co-conspirators performed the following overt acts in the Eastern District of Texas, among others:

1

a.  On or about November 28, 2016 **Rodney Holt, a.k.a. "Turbo,"** and **Eric Hochheim** knowingly sold (1) two Anderson Manufacturing, model AR-15, 5.56 millimeter caliber rifles; (2) one hundred (100) rounds of 5.56 millimeter caliber ammunition; and (3) five (5) Magpul brand AR-15 magazines to a convicted felon, knowing and having reasonable cause to believe that the purchaser had been convicted of a crime punishable by imprisonment for a term exceeding one year.

b.  On or about January 11, 2017, **Eric Hochheim** and **Rodney Holt** knowingly sold (1) two Anderson Man., AM-15, .223 caliber rifles; (2) 100 rounds of .223 caliber rifle ammunition; and (3) four (4) Magpul brand AR-15 rifle magazines to a convicted felon, knowing and having reasonable cause to believe that the purchaser had been convicted of a crime punishable by imprisonment for a term exceeding one year.

c.  On or about March 27, 2017, **Eric Hochheim** knowingly sold (1) a CZ, model CZ75 Duty, 9 millimeter caliber pistol; (2) fifty-five (55) rounds of 9 millimeter caliber Federal brand ammunition; and (3) a Glock pistol case containing a brown leather holster and two 9 millimeter caliber pistol magazines to a convicted felon, knowing and having reasonable cause to believe that the purchaser had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of 21 U.S.C. §§ 371, 922(d)(1) and 2.

## Count Two

> Violation: 18 U.S.C. § 922(a)(1(A)
> (Engaging in the business of dealing in
> firearms without a license)

From on or about November 2016, the exact date being unknown, and continuing through March 2017, in the Eastern District of Texas and elsewhere, **Rodney Holt, a.k.a. "Turbo,"** and **Eric Hochheim**, defendants, neither being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 922(g)(1), 923(a), 924(a)(1)(D) and 2.

## Count Three

> Violation: 18 U.S.C. § 922(d)(1)
> (Sale of a firearm to a prohibited person)

On or about November 28, 2016, in the Eastern District of Texas, **Rodney Holt, a.k.a. "Turbo,"** and **Eric Hochheim,** defendants, knowingly sold a firearm, that is two Anderson Manufacturing, model AR-15, 5.56 millimeter caliber rifles, to the purchaser, knowing and having reasonable cause to believe that the purchaser had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 922(g)(1), 923(a), 924(a)(1)(D) and 2.

3

## Count Four

Violation:  18 U.S.C. § 922(d)(1)
(Sale of a firearm to a prohibited person)

On or about January 11, 2016, in the Eastern District of Texas, **Rodney Holt, a.k.a. "Turbo,"** and **Eric Hochheim,** defendants, knowingly sold a firearm, that is two Anderson Man., AM-15, .223 caliber rifles to the purchaser, knowing and having reasonable cause to believe that the purchaser had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 922(g)(1), 923(a), 924(a)(1)(D) and 2.

## Count Five

Violation:  18 U.S.C. § 922(d)(1)
(Sale of a firearm to a prohibited person)

On or about March 27, 2017, in the Eastern District of Texas, **Eric Hochheim** defendant, knowingly sold a firearm, that is, a CZ, model CZ75 Duty, 9 millimeter caliber pistol, to the purchaser, knowing and having reasonable cause to believe that the purchaser had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 922(g)(1), 923(a), and 924(a)(1(D).

4

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d)

As a result of committing the felony offense in violation of 18 U.S.C. § 922(d)(1) alleged in Count One and Counts Three through Five of this Indictment, and of 18 U.S.C. § 922(a)(1)(A) alleged in Count Two of this Indictment, defendants, **Rodney Holt, a.k.a. "Turbo,"** and **Eric Hochheim**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), including but not limited to the following:

(a) one Anderson Manufacturing, model AR-15, 5.56 millimeter caliber rifle bearing serial number 15215929

(b) one Anderson Manufacturing, model AR-15, 5.56 millimeter caliber rifle bearing serial number 16321636

(c) one hundred (100) rounds of 5.56 millimeter caliber ammunition

(d) one Anderson Manufacturing, AM-15, .223 caliber rifle bearing serial number 16370137

(e) one Anderson Manufacturing, AM-15, .223 caliber rifle bearing serial number 16326191

(f) one hundred (100) rounds of .223 caliber rifle ammunition

(g) one CZ, model CZ75 Duty, 9 millimeter caliber pistol bearing serial
     number B294334
(h) fifty-five (55) rounds of 9 millimeter caliber Federal brand ammunition

A TRUE BILL

*M K I F*

GRAND JURY FOREPERSON

STEVEN J. COX
UNITED STATES ATTORNEY

Christopher T. Rapp
Assistant United States Attorney

9/16/20

Date

6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 6:20CR 72 |
| v. | § | Judge JOB1 KNM |
| | § | |
| | § | |
| RODNEY HOLT, | § | |
| a/k/a "TURBO" | § | |
| ERIC HOCHHEIM | § | |

## NOTICE OF PENALTY

### Count One

Violation:    21 U.S.C. § 841(a)(1)

Penalty:    Imprisonment not to exceed five (5) years imprisonment, a fine not to exceed $250,000 or twice any pecuniary gain to the defendant or loss to the victim(s), or both; a term of supervised release of not more than (3) years.

Special Assessment: $100.00

### Count Two

Violation:    18 U.S.C. § 922(a)(1)(A).

Penalty:    Imprisonment of not more than five (5) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00

7

## Counts Three — Five

Violation:            18 U.S.C. § 922(a)(1)(A).

Penalty:             Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $ 100.00